1   LATHAM & WATKINS LLP
      Jennifer A. Carmassi (221592)
2   355 South Grand Avenue
    Los Angeles, California 90071-1560
3   Telephone:     (213) 485-1234
    Facsimile:     (213) 891-8763
4   Email: jennifer.carmassi@lw.com

5   Attorneys for Defendants Champion
    Laboratories, Inc. and United Components, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  CARLOS PONCE and ARTHUR              Case No.  08-CV-02669 JSW
    CORDISCO, on behalf of themselves and all
12  others similarly situated,           **CLASS ACTION**

13                    Plaintiffs,        **STIPULATED REQUEST TO CONTINUE
                                         INITIAL CASE MANAGEMENT
14                                       CONFERENCE AND ADR DEADLINES;
                                         [PROPOSED] ORDER
15          v.

16  HONEYWELL INTERNATIONAL, INC.;
    CHAMPION LABORATORIES, INC.;
17  PUROLATOR FILTERS N.A. L.L.C.;       **JURY TRIAL DEMANDED**
    WIX FILTRATION PRODUCTS;
18  CUMMINS FILTRATION, INC.;
    THE DONALDSON COMPANY;
19  BALDWIN FILTERS, INC.;
    BOSCH U.S.A.;
20  MANN + HUMMEL U.S.A., INC.;
    ARVINMERITOR, INC.,
21  UNITED COMPONENTS, INC.; and
    DOES 1-20, inclusive,
22
                      Defendants.
23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889725.1

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES
08-cv-02669 JSW

1           Plaintiffs Carlos Ponce and Arthur Cordisco ("Plaintiffs") and Defendants

2   Honeywell International, Inc., Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Wix

3   Filtration Products, The Donaldson Company, ArvinMeritor, Inc., Baldwin Filters, Inc., "Bosch

4   U.S.A.,"[1] Mann + Hummel U.S.A., Inc., Cummins Filtration, Inc. and United Components, Inc.

5   (collectively, "Defendants") hereby jointly request the Court to continue the initial case

6   management conference and related deadlines in this action as follows.

7           1.      On May 28, 2008, Plaintiffs filed the complaint in this action

8   ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and

9   various state antitrust and consumer protection laws.  Plaintiff styled the Complaint as a putative

10  class action.

11          2.      As of the date of this Stipulation, at least 50 other complaints have been

12  filed in this and other judicial districts (collectively, the "Filters Cases").  All of these complaints

13  also allege federal and/or state law antitrust claims against the Defendants and are styled as

14  putative class actions.

15          3.      Four motions are pending before the Judicial Panel on Multidistrict

16  Litigation ("JPML" or "Panel") to transfer and consolidate all existing and subsequently filed

17  antitrust actions related to the claims alleged in the Complaint to a single district pursuant to 28

18  U.S.C. § 1407 ("JPML Motions").  The matter is designated as MDL Docket No. 1957, *In re*

19  *Aftermarket Filters Antitrust Litigation*.

20          5.      The Panel heard oral argument on the JPML Motions on July 31, 2008 in

21  San Francisco, CA.  The parties agree that the JPML is likely to order transfer and consolidation

22  of the Filters Cases.

23          6.      In light of these facts, Plaintiff and Defendants stipulated in June 2008 to

24  extend the time for Defendants to respond to the Complaint to (1) thirty days after the filing of a

25  consolidated complaint in the Filters Cases, or whatever other deadline is set by the transferee

26

27     [1]   Plaintiff named "Bosch U.S.A." as a defendant in this action.  Undersigned counsel for
      Robert Bosch LLC is unaware of any entity named "Bosch U.S.A.," and represents Robert

28        Bosch LLC for purposes of this stipulation.

LATHAM&WATKINS^LLP LA\1889725.1          1      STIPULATED REQUEST TO CONTINUE INITIAL
ATTORNEYS AT LAW                          CASE MANAGEMENT CONFERENCE AND ADR
LOS ANGELES                                       DEADLINES
                                        08-cv-02669 JSW

1   court, in the event the Panel grants the JPML Motions ("Response Date"); or (2) thirty days after

2   service of the JPML order or whatever other deadline is set by the Court in this Action, in the

3   event the Panel denies the JPML Motions, *provided, however*, that in the event that any

4   Defendant should answer, agree or be ordered to answer, move or otherwise respond to the

5   complaint in any of the Filters Cases prior to the Response Date, then that Defendant shall

6   respond to the complaint in this action by that earlier date

7             7.       In the Order Setting Initial Case Management Conference and ADR

8   Deadlines entered on May 28, 2008 ("May 28 Order"), this Court ordered the parties (i) to meet

9   and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan by

10  August 15, 2008; (ii) to file a Joint ADR Certification with Stipulation as to ADR Process or

11  Notice of Need for ADR Phone Conference by August 15, 2008; (iii) to file a Rule 26(f) Report,

12  complete initial disclosures or state objection in Rule 26(f) Report and file a Case Management

13  Statement per attached Standing Order re Contents of Joint Case Management Statement by

14  August 29, 2008; and (iv) to attend an initial case management conference on September 5,

15  2008, at 1:30 P.M.

16            8.       The parties agree that the dates set forth in the May 28 Order, including

17  the deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local

18  Rule 3.5, will likely come to pass before the JPML acts on the pending motions.

19            9.       Continuing the dates set forth in the May 28 Order would avoid the

20  expenditure of unnecessary judicial resources until it is determined whether this action will

21  remain pending in this Court.  It would also ensure consistency in pretrial rulings and be

22  convenient for the parties, including Plaintiffs.

23            10.      Accordingly, the parties hereby stipulate to and respectfully request that

24  the Court order a continuance of the dates set forth in the May 28 Order as follows: (1) the

25  deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and

26  discovery plan -- September 29, 2008; (2) the deadline to file joint ADR documents -- September

27  29, 2008; (3) the deadline to complete initial disclosures and file the Rule 26(f) Report --

28  October 13, 2008; and (4) the initial case management conference -- October 24, 2008.  Such a

LATHAM&WATKINS⊔⊔    LA\1889725.1
ATTORNEYS AT LAW
LOS ANGELES                                    2           STIPULATED REQUEST TO CONTINUE INITIAL
                                                           CASE MANAGEMENT CONFERENCE AND ADR
                                                           DEADLINES
                                                           08-cv-02669 JSW

1   continuance will allow this matter to move forward promptly in the event that the JPML Motions

2   are denied and further proceedings before this Court are necessary.

3           11.    Except as described in Paragraph 6, the parties have sought no previous

4   modification of the timing of any event or deadline set by the Court.

5           12.    The parties agree to notify the Court promptly when the Panel rules on the

6   JPML Motion.

7

8   Dated: August 5, 2008             Respectfully submitted,

9                              LATHAM & WATKINS LLP

10                             By: /s/ Jennifer A. Carmassi

11                                Jennifer A. Carmassi (221592)

12                             Attorneys for Defendants Champion Laboratories, Inc. and United Components, Inc.

13

14  Dated: August 5, 2008             TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

15                             By: /s/ Lauren C. Russell

16                                Lauren C. Russell (241151)

17                             Attorneys for Plaintiffs Carlos Ponce and Arthur Cordisco

18

19  Dated: August 7, 2008             FOLEY & LARDNER LLP

20                             By: /s/ Eileen Ridley

21                                Eileen Ridley (151735)

22                             Attorneys for Defendant Donaldson Company, Inc.

23

24  Dated: August 7, 2008             O'MELVENY & MYERS LLP

25                             By: /s/ Richard G. Parker

26                                Richard G. Parker (62356)

27                             Attorneys for Defendant Honeywell International Inc.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1889725.1

3

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES
08-cv-02669 JSW

1  Dated: August 6, 2008                     CROWELL & MORING LLP

2

3                                            By: /s/ Daniel Sasse
                                                 Daniel Sasse (236234)

4                                            Attorneys for Defendants Purolator Filters N.A.
                                             L.L.C. and Robert Bosch LLC
5

6  Dated: August 8, 2008                     BAKER & MCKENZIE LLP

7

8                                            By: /s/ Tod L. Gamlen
                                                 Tod L. Gamlen (83458)

9                                            Attorneys for Defendant Baldwin Filters Inc.

10

11 Dated: August 6, 2008                     HOWREY LLP

12

13                                           By: /s/ David M. Lisi
                                                 David M. Lisi (154926)

14                                           Attorneys for Defendant Wix Filtration Corp LLC

15

16 Dated: August 7, 2008                     DICKSTEIN SHAPIRO LLP

17

18                                           By: /s/ George R. Pitts
                                                 George R. Pitts (109827)

19                                           Attorneys for Defendant ArvinMeritor, Inc.

20 Dated: August 7, 2008                     SNYDER MILLER & ORTON LLP

21

22                                           By: /s/ Luther Orton
                                                 Luther Orton (54258)

23                                           Attorneys for Defendant Mann + Hummel U.S.A.,
                                             Inc.
24

25

26

27

28

1    FILER'S ATTESTATION:

2        Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3    perjury that the concurrence in the filing of this document has been obtained from its signatories.

4

5    Dated:  August 8, 2008            By:  /s/ Jennifer A. Carmassi

6                                            Jennifer A. Carmassi (221592)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                   **▮▮▮▮▮ ORDER**

2          Pursuant to the stipulation of the parties, all dates set forth in the May 28, 2008

3 Order Setting Initial Case Management Conference are hereby continued as follows: (1) the

4 deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and

5 discovery plan will be September 29, 2008; (2) the deadline to file joint ADR documents will be

6 September 29, 2008; (3) the deadline to complete initial disclosures and file the Rule 26(f)

7 Report will be October 13, 2008; and (4) the initial case management conference is set for
October 31, 2008 at 1:30 p.m.

8 ~~October 24, 2008.~~   The parties are ordered to notify the Court promptly when the Judicial Panel

9 on Multidistrict Litigation rules upon the motion for consolidation pending in MDL Docket No.

10 1957, *In re Aftermarket Filters Antitrust Litigation.*

11          Pursuant to stipulation, it is so ordered.

12

13 Dated:    August 11, 2008          

14

15                  The Honorable Jeffrey S. White
                 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\1889725.1

6

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES
08-cv-02669 JSW